## JOE COLEMAN v. STATE OF FLORIDA

18 So. (2nd) 681                                           June Term, 1944
June 30, 1944                                          Special Division A

*Elis F. Davis,* and *G. P. Garrett,* for appellant.

*J. Tom Watson,* Attorney General, *John C. Wynn* and *D. Fred McMullen,* Assistant Attorneys General, for appellee.

PER CURIAM:

Judgment affirmed.

BUFORD, C. J., TERRELL, ADAMS and SEBRING, JJ., concur.

## JULIUS COX v. STATE OF FLORIDA

18 So. (2nd) 683                                           June Term, 1944
July 3, 1944                                                  Division B
Rehearing denied July 17, 1944

*Merritt & Newberry,* for appellant.

*J. Tom Watson,* Attorney General, *John C. Wynn,* Assistant Attorney General and *Lamar Warren,* Special Assistant Attorney General, for appellee.

PER CURIAM:

Judgment affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.